# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SUCCESSION OF JAMES BURGO                    NO.  2019 CW 1002

**OCT 1 8 2019**

In Re:   Donald Burgo, applying for supervisory writs, 16th Judicial District Court, Parish of St. Mary, No. 19379.

**BEFORE:   McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT DENIED.**  Relator does not seek review of any specific ruling or judgment of the district court.  Thus, this writ application presents nothing for this court to review.

**PMc**
**JEW**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT